UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID MELGREN, on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>   v.<br><br>HEALTHY HALO INSURANCE SERVICES, INC.,<br><br>                        Defendant. | NO: 2:21-CV-0104-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice (ECF No. 17). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

//

ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is

3  **DISMISSED** with prejudice. The putative class claims are dismissed without

4  prejudice. Each party shall bear their own costs, attorneys' fees, and expenses.

5  The District Court Executive is directed to enter this Order and Judgment

6  accordingly, furnish copies to counsel, and **CLOSE** the file.

7  DATED January 19, 2022.



THOMAS O. RICE
United States District Judge